FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROY D. CHEESMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>DETECTIVE JENNIFER MARGHEIM, CORPORAL JASON BRUNK, and OFFICER LUCAS ANDERSON,<br><br>    Defendants. | No. 1:18-cv-03017-SAB<br>No. 1:18-cv-03216-SAB |
| RUTH ANN CONDE CHEESMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF ELLENSBURG; ELLENSBURG POLICE DEPARTMENT DETECTIVE JENNIFER MARGHEIM; JIM WEED;<br><br>    Defendants. | **ORDER CONSOLIDATING CASES** |

Previously, the Court ordered the parties to show cause as to why these two cases should not be consolidated. The Court has reviewed the parties' responses and has determined that it is appropriate to consolidate these two cases under Fed. R. Civ. P. 42(a).

**ORDER CONSOLIDATING CASES ~ 1**

//

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned cases, No. 1:18-cv-03017-SAB and No. 1:18-cv-03216-SAB, are consolidated.

2. All future pleadings shall be filed under Case No. 1:18-cv-03017-SAB, unless the Court directs otherwise. Case No. 1:18-cv-03216-SAB shall be administratively closed.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to Plaintiffs and counsel.

**DATED** this 27th day of August 2019.



Stanley A. Bastian
United States District Judge

**ORDER CONSOLIDATING CASES ~ 2**